IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

KRYSTLE BERNAL and )
AMANDA KROL, on behalf of themselves )
and all similarly situated individuals, )
                                                                         )
           Plaintiffs, )          Case No. 1:10-CV-01917-PAB
                                                               )
v.                                                             )          Class Action
                                                              )
GEORGE BURNETT, WILLIAM OJILE, )         September 15, 2010
ALTA COLLEGES, INC., WESTWOOD )
COLLEGE, INC, et al., )
                                                              )
           Defendants. )

## DECLARATION OF KRYSTLE BERNAL

I, Krystle Bernal, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am over 18 and competent to testify to the matters stated herein. I am a resident of the state of Colorado.

    2.    I am one of the named plaintiffs in this class action against George Burnett, William Ojile, individually, as well as the companies that own and operate Westwood College and Westwood College Online.

    3.    I attended Westwood College at the Denver South campus from February 2005 to March 2008, when I graduated with a degree in Fashion Merchandising.

    4.    I was contacted by a Westwood College Admissions Representative after I did some online research into getting a fashion merchandising degree. I was working in a department store and wanted a degree so I could get a better job in my field. An Admissions Representative called me so many times that I agreed to go to the campus for an in-person meeting.

5. I was intimidated by the cost of the degree program, which I was told would be $45,000 for three years. The Admissions Representative told me I was not committed to improving my future if I could not commit to the cost.

6. The Admissions Representative also told me that I would be able to make at least $65,000 a year right out of college, so I would easily be able to pay back any debt for the school. I was told 80-90% of Westwood graduates were working in their field within six months of graduation. The Admissions Representative told me that Westwood was affiliated with major companies in the fashion merchandising industry which led to such a high job-placement rate.

7. I was told that Westwood was "fully accredited." I assumed this meant that

8. I was nineteen-years-old when I enrolled at Westwood College. I had no business experience and no one with me who could explain the documents to me. I relied completely on the Admissions Representative to explain the enrollment documents to me.

9. When I was enrolling, the Admissions Representative gave me a bunch of documents to sign. I had to sign these documents before I was able to talk to anyone in financial aid. The Admissions Representative did not go through each document with me. She never told me that one of the documents was an arbitration agreement.

10. I have never heard of arbitration when I enrolled in Westwood College and did not even know what the term "arbitration" meant. I did not know that I was signing any document that related to how any disagreements with the school would be handled.

11. If anyone from Westwood College would have told me that I was signing something saying that I would not bring a case to court or bring a class action lawsuit, I would have remembered that because it would have made me concerned about why they would want

2

me to sign something like that. I also would have asked to have my grandfather look over the document to give me some advice about whether to sign it.

12. I was not given the opportunity to negotiate any of the terms of the enrollment documents that I was given. I didn't think I needed to be concerned about what was in the enrollment documents because I trusted the school and the Admissions Representative to be looking out for my best interests.

13. I do not know any of the students who brought the case in arbitration against Westwood College. I have never spoken to any of them. I did not follow their case and I do not know the final outcome of their case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 9/15/10 in Denver County, Colorado.

Krystle Bental

3